**No. 10-9113. Dominic Antonucci, Petitioner v. United States.**

564 U.S. 1031, 131 S. Ct. 3051, 180 L. Ed. 2d 868, 2011 U.S. LEXIS 4581.

June 20, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 911, 131 S. Ct. 1800, 179 L. Ed. 2d 667, 2011 U.S. LEXIS 2543.

**No. 10-9117. Kenneth Hunt, Petitioner v. Harold Smith, et al.**

564 U.S. 1031, 131 S. Ct. 3051, 180 L. Ed. 2d 868, 2011 U.S. LEXIS 4574.

June 20, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 963, 131 S. Ct. 2154, 179 L. Ed. 2d 940, 2011 U.S. LEXIS 3328.

**No. 10-9150. Eddie Wagner Martin, Jr., Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

564 U.S. 1031, 131 S. Ct. 3052, 180 L. Ed. 2d 868, 2011 U.S. LEXIS 4578.

June 20, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 964, 131 S. Ct. 2157, 179 L. Ed. 2d 941, 2011 U.S. LEXIS 3292.

**No. 10-9384. Ismail Shabazz, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

564 U.S. 1031, 131 S. Ct. 3052, 180 L. Ed. 2d 868, 2011 U.S. LEXIS 4573.

June 20, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 948, 131 S. Ct. 2145, 179 L. Ed. 2d 913, 2011 U.S. LEXIS 2898.

**No. 10-9569. Ronald Hill, Petitioner v. Ohio.**

564 U.S. 1031, 131 S. Ct. 3052, 180 L. Ed. 2d 868, 2011 U.S. LEXIS 4572.

June 20, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 966, 131 S. Ct. 2163, 179 L. Ed. 2d 945, 2011 U.S. LEXIS 3233.

**No. 10-9581. Gary Flute, Sr., Petitioner v. United States.**

564 U.S. 1031, 131 S. Ct. 3052, 180 L. Ed. 2d 868, 2011 U.S. LEXIS 4570.

June 20, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 953, 131 S. Ct. 2135, 179 L. Ed. 2d 922, 2011 U.S. LEXIS 2963.